UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ERICKA USAND-GUILLARD                                CIVIL ACTION

VERSUS                                               NO: 07-2780

THE SHAW GROUP, INC., ET AL.                         SECTION: "K"(1)


## ORDER

L.R. 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to the Motion to Dismiss (Rec.Doc.No. 14) set for hearing on July 25, 2007, has been timely submitted. Furthermore, Plaintiff has indicated to the Court that she does not oppose Defendant's motion.

Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant ICF Emergency Management Services, LLC. is hereby **DISMISSED** with each party to bear its own costs.

New Orleans, Louisiana, on this 30th day of July, 2007.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**