# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERICKA USAND-GUILLARD** | **CIVIL ACTION** |
| **VERSUS** | **NO: 07-2780** |
| **ICF INTERNATIONAL, INC., ET AL** | **SECTION: "K"(1)** |

## ORDER VACATING MAGISTRATE REFERRAL

The Court having been informed that the parties do not consent to proceed before the Magistrate Judge pursuant to 28 U.S.C. 636(c), doc. 19 in the record.

Accordingly, the referral issued in this matter is rescinded, vacated and set aside. All further proceedings will be held before the District Court Judge.

New Orleans, Louisiana this ___1st___ day of August, 2007.

                                                             _____
                                                             **STANWOOD R. DUVAL, JR.**
                                                             **UNITED STATES DISTRICT JUDGE**

___Fee_____
___Process_____
___Docket_____
___CtRm Dep_____
___Document No._____