# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERICKA USAND-GUILLARD | CIVIL ACTION |
| VERSUS | NO. 07-2780 |
| ICF INTERNATIONAL, INC., ET AL | SECTION "K"(1) |

## ORDER AND OPINION

On August 26, 2008, the Court ordered that plaintiff Ericka Usand-Guillard appear before the Court on September 17, 2008, at 9:30 a.m. to discuss her future representation by counsel in this matter (Doc. 41). That order advised plaintiff that her failure to appear, either personally or through counsel, could result in the imposition of appropriate sanctions, including dismissal of the suit. The Court mailed a copy of the order to plaintiff at 2545 N. Central Avenue, Lutcher, Louisiana, 70071, the address listed on the docket sheet for this case. The United States Postal Service returned the mailing to the Clerk's Office with the notation "Return to Sender No Mail Receptacle Unable to Forward.

Plaintiff did not appear before the Court on September 17, 2008, nor contact the Court to explain her absence. However, counsel for defendant Shaw Environmental & Infrastructure, Inc. appeared on that date and orally moved to dismiss plaintiff's suit. The Court took the motion under advisement pending its attempt to obtain a valid address at which the Court could contact plaintiff.

The Court contacted both counsel who previously represented plaintiff in this litigation in an attempt to obtain a physical address, telephone number, or e-mail address at which to contact plaintiff. Neither counsel had a physical address for plaintiff other than those which the court has confirmed are no longer valid, and the Court was unable to reach plaintiff at any of the telephone

numbers provided by her former counsel. Additionally, plaintiff has not responded to an October 3, 2008, e-mail sent to an address obtained from her prior counsel. Considering plaintiff's failure to keep the Court or her prior counsel apprised of her current address, and the Court's inability to locate plaintiff, the Court hereby dismisses plaintiff's claim without prejudice for failure to prosecute.

New Orleans, Louisiana, this 8rd day of October, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE