UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERICKA USAND-GUILLARD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-2780** |
| **ICF INTERNATIONAL, INC., ET AL** | **SECTION "K"(1)** |

## ORDER AND OPINION

Before the Court is the "Motion to Consolidate" filed on behalf of Ericka Usand- Guillard and Wanda Lemon which seeks to consolidate C.A. No. 07-2780 *Ericka Usand-Guillard v. The Shaw Group,. et al,* with C.A. No. 07-2990 *Wanda Lemon v. The Shaw Group, et al.* Erica Usand-Guillard's suit is pending before the undersigned while Ms. Lemon's suit is pending in Section F before Judge Martin L.C. Feldman. Because the Court has no authority to order the consolidation of a case not pending before it with a case pending in Section "K," the Court need not address the merits of the motion. Accordingly, the motion is denied.

New Orleans, Louisiana, this 22nd day of May.

STANWOOD R. DUVAL, JR
UNITED STATES DISTRICT JUDGE